In re   **Kris Joseph Ponikiewski**                       ,     Case No.   **15-46182**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **13-27699-CK**<br><br>**1st National Bank<br>101 E. Grand River Avenue<br>Howell, MI 48843** | | - | | | **Civil Judgment** | | | | **5,483,362.81** |
| Account No. **1428051CK**<br><br>**44th District Cout<br>400 E. Eleven Mile Rd.<br>Royal Oak, MI 48067** | | | | | **CIVIL JUDGMENT - NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**Advanced Tree Care Service, Inc.<br>3103 W. Thompson Road<br>#165<br>Fenton, MI 48430** | | - | | | **Landscaping** | | | | **20,000.00** |
| Account No.<br><br>**Al Bordeau Insurance Agency<br>3835 Davison Rd.<br>Flint, MI 48509-0419** | | - | | | **insurance** | | | | **1,002.00** |

  **12**  continuation sheets attached

Subtotal
(Total of this page)      **5,504,364.81**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          S/N:29768-150508   Best Case Bankruptcy

In re   **Kris Joseph Ponikiewski**                               ,    Case No.   **15-46182**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3972**<br><br>**Amcol Systems**<br>**111 Lancewood Rd.**<br>**Columbia, SC 29210** | - | | | **Collection for Saint John Providence Park Hospital** | | | | **866.25** |
| Account No. **xxxxxxxxxxxxx8183**<br><br>**Amex/American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | - | | | **Opened 3/01/85 Last Active 4/01/05**<br>**Credit Card** | | | | **0.00** |
| Account No. **xx4753**<br><br>**Ann Arbor Credit Bureau, Inc.**<br>**Attn: Bankruptcy**<br>**311 N Main Street**<br>**Ann Arbor, MI 48104** | - | | | **Opened 2/01/11**<br>**Collection Attorney Brighton Internal Medicine** | | | | **90.00** |
| Account No.<br><br>**Applegate Heating & Insulation**<br>**4750 Okemos Rd.**<br>**#106**<br>**Okemos, MI 48864-1637** | - | | | | | | | **13,063.00** |
| Account No.<br><br>**Architectural Images**<br>**918 West Eleven Mile Road**<br>**Madison Heights, MI 48071** | - | | | | | | | **7,718.00** |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **21,737.25**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re  **Kris Joseph Ponikiewski**                                    ,    Case No.  **15-46182**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0813**<br><br>**Asset Acceptance**<br>**Po Box 2036**<br>**Warren, MI 48093** | - | | **Collection for Chase Bank, NA** | | | | **54,206.36** |
| Account No. **7378**<br><br>**Asset Acceptance**<br>**c/o Fulton, Friedman & Gullace, LLP**<br>**P.O. Box 2123**<br>**Warren, MI 48090-2123** | - | | **Boat Repossession Deficiency** | | | | **8,798.09** |
| Account No. **xxxxxxxx8312**<br><br>**Aurora Loan Services**<br>**Attn: Bankruptcy Dept.**<br>**2617 College Park**<br>**Scottsbluff, NE 69361** | - | | **Opened 9/01/06  Last Active 1/30/07**<br>**Real Estate Mortgage** | | | | **Unknown** |
| Account No. **xxxxxxxx7306**<br><br>**Aurora Loan Services**<br>**Attn: Bankruptcy Dept.**<br>**2617 College Park**<br>**Scottsbluff, NE 69361** | - | | **Opened 9/01/06  Last Active 6/04/07**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx7312**<br><br>**Bayview Financial Loan**<br>**Bankruptcy Dept**<br>**4425 Ponce De Leon Blvd  5th Fl**<br>**Miami, FL 33146** | - | | **Opened 11/01/01  Last Active 3/01/12**<br>**Real Estate Mortgage** | | | | **196,194.00** |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**259,198.45**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **Kris Joseph Ponikiewski**                            ,      Case No.   **15-46182**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7001**<br><br>**BBJ Mortgage Services / Watson Group**<br>**6501 Highland Rd.**<br>**Waterford, MI 48327** | - | | Land Contract Loan | | | | 654,352.73 |
| Account No. **1428051CK**<br><br>**BLP4, LLC**<br>**C/O DANIEL BEST**<br>**WELTMAN, WEINBERG & REISS**<br>**2155 BUTTERFIELD DRIVE, STE. 200S**<br>**Troy, MI 48084** | - | | CIVIL JUDGMENT | | | | 676,727.53 |
| Account No. **11-0373GC**<br><br>**Capital One Bank**<br>**c/o Shermetta, Adams & Von Allmen, P.C.**<br>**P.O. Box 5016**<br>**Rochester, MI 48308** | - | | Civil Judgment for Capital One Bank (2316) | | | | 12,968.98 |
| Account No. **2180**<br><br>**Capital One Bank USA, NA**<br>**c/o Raush, Sturm, Israel, Enerson, Horni**<br>**250 N. Sunnyslope Rd.**<br>**Suite 300**<br>**Brookfield, WI 53005** | - | | | | | | 27,485.74 |
| Account No. **6691**<br><br>**CCB Credit Services**<br>**PO Box 272**<br>**Springfield, IL 62705-0272** | - | | Collection for DTE Energy | | | | 571.26 |

| | | |
|---|---|---|
| Sheet no. **3** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,372,106.24 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re  **Kris Joseph Ponikiewski**                 ,      Case No.   **15-46182**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4951**<br><br>**Chrysler Financial/TD Auto Finance**<br>**Attn: Bankruptcy Dept**<br>**Po Box 551080**<br>**Jacksonville, FL 32255** | - | | | **Opened 6/01/04 Last Active 9/25/07**<br>**Lease** | | | | 0.00 |
| Account No. **xxxxx9388**<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | - | | | **Opened 9/01/06 Last Active 6/04/07**<br>**Real Estate Mortgage** | | | | 0.00 |
| Account No. **xxxxxx9080**<br><br>**Crd Prt Asso**<br>**Attn: Bankruptcy**<br>**Po Box 802068**<br>**Dallas, TX 75380** | - | | | **11 Comcast Cable** | | | | 390.00 |
| Account No. **9869**<br><br>**Creditone, LLC**<br>**Dept. 851**<br>**P.O. Box 4115**<br>**Concord, CA 94524** | - | | | **Collection for Chase Bank** | | | | 26,035.55 |
| Account No.<br><br>**Desine, Inc.**<br>**2183 Pless Drive**<br>**Brighton, MI 48114** | - | | | **Professional Services** | | | | 83,128.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)      **109,553.55**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re   **Kris Joseph Ponikiewski**                                                          ,      Case No.   **15-46182**
_____
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1182** <br><br> **Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256** | - | | | **Opened 12/01/13 Collection Attorney At T** | | | | 42.00 |
| Account No. **4060** <br><br> **Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263** | - | | | **Credit line** | | | | 111,862.04 |
| Account No. **xxxxxx5325** <br><br> **Franklin Credit Mngmnt 101 Hudson St. 25th Floor Jersey City, NJ 07302** | - | | | **Opened 8/01/06 Last Active 9/30/13 Real Estate Mortgage** | | | | 77,836.00 |
| Account No. **xxxxxxxx2622** <br><br> **G M A C 5400 Gateway Ctr Flint, MI 48507** | - | | | **Opened 3/31/04 Last Active 5/12/08 Auto Lease** | | | | 4,025.00 |
| Account No. **9114** <br><br> **GMAC 3451 Hammond Ave Waterloo, IA 50702** | - | | | **Foreclosure Deficiency** | | | | 71,958.98 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**265,724.02**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Kris Joseph Ponikiewski**                 ,    Case No.    **15-46182**

                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7305** <br><br> **Gmac Mortgage** <br> **Po Box 4622** <br> **Waterloo, IA 50704** | - | | **Opened 8/01/06 Last Active 12/08/06** <br> **Real Estate Mortgage** | | | | **Unknown** |
| Account No. **7267** <br><br> **GMAC Mortgage** <br> **PO Box 4622** <br> **Waterloo, IA 50704** | - | | **Mortgage Deficiency** | | | | **382,513.00** |
| Account No. **xxxx2449** <br><br> **Guaranty Bank** <br> **Attn: Bankruptcy** <br> **4000 West Brown Deer Rd** <br> **Milwaukee, WI 53209** | - | | **Opened 9/07/06 Last Active 11/07/06** <br> **Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxx2266** <br><br> **Guaranty Bank** <br> **Attn: Bankruptcy** <br> **4000 West Brown Deer Rd** <br> **Milwaukee, WI 53209** | - | | **Opened 9/07/06 Last Active 11/07/06** <br> **Real Estate Mortgage** | | | | **0.00** |
| Account No. **2377** <br><br> **Henry Ford Health Products** <br> **21651 Melrose Avenue** <br> **Southfield, MI 48075-7906** | - | | **Medical** | | | | **25.14** |

| | | |
|---|---|---|
| Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **382,538.14** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kris Joseph Ponikiewski**                                    Case No.   **15-46182**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3400** <br><br> **Henry Ford Health System Administrative Services Bldg PO Box 339 Troy, MI 48099-0339** | - | | | Medical | | | | 537.00 |
| Account No. **xxxxxx1841** <br><br> **HSBC Nv/GM Card Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197** | - | | | Opened 8/01/95 Last Active 8/29/04 Credit Card | | | | 0.00 |
| Account No. <br><br> **Huntington Bank 41 South High Street Huntington Center Columbus, OH 43287** | - | | | Development Loan (Deed in Lieu Agreement Dated 7/16/2008) | | | | 3,988,616.41 |
| Account No. **xxx9771** <br><br> **L J Ross Associates In 4 Universal Way Jackson, MI 49202** | - | | | Opened 8/01/10 Collection Attorney Consumers Energy | | | | 723.00 |
| Account No. **x13-CU** <br><br> **Main Street Crossing 29250 W. Nine Mile Rd. Farmington, MI 48336** | - | | | Association Fee | | | | 702.00 |

Sheet no. **7** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,990,578.41**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re    **Kris Joseph Ponikiewski**                             ,    Case No.    **15-46182**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13-007497-CZ**<br><br>**Meisner Law Group, P.C.**<br>**30200 Telegraph Rd.**<br>**Suite 467**<br>**Bingham Farms, MI 48025-4506** | - | | **Civil Judgment** | | | | 46,115.96 |
| Account No.<br><br>**Milford Excavating**<br>**2490 Lone Tree Rd.**<br>**Milford, MI 48380** | - | | **Storm & Sanitary Sewer Systems** | | | | 510,469.00 |
| Account No. **xx5907**<br><br>**Money Recovery Nationw**<br>**Po Box 13129**<br>**Lansing, MI 48901** | - | | **Opened 5/01/09**<br>**Collection Attorney Independent Emergency Physicia** | | | | 239.00 |
| Account No.<br><br>**Mr. Sponge Waterproofing, Inc.**<br>**42705 Grand River Avenue**<br>**Suite 201, PMB 113**<br>**Novi, MI 48375** | - | | **Leak Repair** | | | | 680.00 |
| Account No. **0806**<br><br>**Northland Group**<br>**PO Boc 390846**<br>**Edina, MN 55439** | - | | **Collection for MBNA** | | | | 62,854.74 |

Sheet no. **8** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)     **620,358.70**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **Kris Joseph Ponikiewski**                 ,      Case No.   **15-46182**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0049**<br><br>**Northland Group**<br>**7831 Glenroy Ave., Ste. 350**<br>**Minneapolis, MN 55439-3133** | - | | **Collection for Capital One** | | | | 121,458.00 |
| Account No. **3860**<br><br>**Northland Group**<br>**7831 Glenroy Ave., Ste. 350**<br>**Minneapolis, MN 55439-3133** | - | | **Collection for Capital One** | | | | 5,300.00 |
| Account No. **2736**<br><br>**Paul D. Decocq, Esq.**<br>**Attorney at Law**<br>**408 W. Grand River Ave.**<br>**Howell, MI 48843** | - | | **Legal Services** | | | | 1,187.50 |
| Account No.<br><br>**PEA Engineering Associates, Inc.**<br>**2430 Rochester Ct.**<br>**#100**<br>**Troy, MI 48083** | - | | **Civil Engineering** | | | | 8,500.00 |
| Account No. **xxxx/9055**<br><br>**PNC Bank**<br>**6750 Miller Road**<br>**Brecksville, OH 44141** | - | | | | | X | 38,466.00 |

Sheet no. **9** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal (Total of this page)    **174,911.50**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kris Joseph Ponikiewski**                                        ,     Case No.    **15-46182**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0673**<br><br>**Pnc Mortgage**<br>**1801 E 9th St Ste 200**<br>**Cleveland, OH 44114** | - | | **Opened 1/30/02 Last Active 4/09/09**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx3281**<br><br>**Pnc Mortgage**<br>**1801 E 9th St Ste 200**<br>**Cleveland, OH 44114** | - | | **Opened 11/26/01 Last Active 11/03/09**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxx0678**<br><br>**Pnc Mortgage**<br>**3232 Nemark Dr**<br>**Miamisburg, OH 45342** | - | | **Opened 1/01/02 Last Active 4/14/05**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx3205**<br><br>**Pnc Mortgage**<br>**3232 Nemark Dr**<br>**Miamisburg, OH 45342** | - | | **Opened 11/01/01 Last Active 9/10/07**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxx3651**<br><br>**Residential Credit Slt**<br>**4282 North Fwy**<br>**Fort Worth, TX 76137** | - | | **Opened 11/01/01 Last Active 3/09/12**<br>**Real Estate Mortgage** | | | | **Unknown** |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                   Subtotal<br>(Total of this page)        **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kris Joseph Ponikiewski**                                    ,   Case No.   __15-46182__
_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx1018<br><br>Sears/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | - | | Opened 4/26/01 Last Active 2/04/08<br>Credit Card | | | | **Unknown** |
| Account No. xxx8040<br><br>Security Credit Servic<br>Po Box 1156<br>Oxford, MS 38655 | - | | Opened 12/01/14<br>Collection Attorney Bank Of America N.A.-Commerci | | | | 73,827.00 |
| Account No. 7616<br><br>St. John's Hospital & Medical Center<br>P.O. Box 773179<br>Chicago, IL 60677 | - | | Medical | | | | 200.00 |
| Account No. xxxxxxxxxxxxxxxxxxxxxxx4349<br><br>State Of Mi Office Chi<br>Po Box 30037<br>Lansing, MI 48909 | - | | Opened 8/01/13 Last Active 3/17/15<br>Family Support | | | | 757.00 |
| Account No. xxxxxxxxx1106<br><br>The State Bank<br>1 Fenton Sq<br>Fenton, MI 48430 | - | | Opened 11/01/06 Last Active 6/16/14<br>Real Estate Mortgage | | | | 0.00 |

Sheet no. _11_ of _12_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      74,784.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  **Kris Joseph Ponikiewski**                                          ,     Case No. __**15-46182**__

                                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Mortgage Deficiency | | | | |
| **The State Bank / Fentura Mortgage**<br>**101 N. Leroy St.**<br>**Fenton, MI 48430** | - | | | | | | | 348,000.00 |
| Account No. | | | | Electrical Services | | | | |
| **Waugs Electrical Service**<br>**22001 Colgate St.**<br>**Farmington, MI 48336** | - | | | | | | | 56,358.00 |
| Account No. **6391** | | | | | | | | |
| **Wells Fargo Card Services**<br>**P.O. Box 30086**<br>**Los Angeles, CA 90030-0086** | - | | | | | | | 33,553.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**12**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **437,911.00**

Total
(Report on Summary of Schedules)        **13,213,766.07**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Kris Joseph Ponikiewski**        Case No.   **15-46182**

Debtor(s)        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 1, 2015**        **/s/ Kris Joseph Ponikiewski**
**Kris Joseph Ponikiewski**
Signature of Debtor

1st National Bank
101 E. Grand River Avenue
Howell, MI 48843

44th District Cout
400 E. Eleven Mile Rd.
Royal Oak, MI 48067

Advanced Tree Care Service, Inc
3103 W. Thompson Road
#165
Fenton, MI 48430

Al Bordeau Insurance Agency
3835 Davison Rd.
Flint, MI 48509-0419

Amcol Systems
111 Lancewood Rd.
Columbia, SC 29210

Amex/American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

Ann Arbor Credit Bureau, Inc.
Attn: Bankruptcy
311 N Main Street
Ann Arbor, MI 48104

Applegate Heating & Insulation
4750 Okemos Rd.
#106
Okemos, MI 48864-1637

Architectural Images
918 West Eleven Mile Road
Madison Heights, MI 48071

Asset Acceptance
Po Box 2036
Warren, MI 48093

Asset Acceptance
c/o Fulton, Friedman & Gullace LLP
P.O. Box 2123
Warren, MI 48090-2123

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361

Bayview Financial Loan
Bankruptcy Dept
4425 Ponce De Leon Blvd 5th Fl
Miami, FL 33146

BBJ Mortgage Services / Watson Group
6501 Highland Rd.
Waterford, MI 48327

BLP4, LLC
C/O DANIEL BEST
WELTMAN, WEINBERG & REISS
2155 BUTTERFIELD DRIVE, STE. 200S
Troy, MI 48084

Capital One Bank
c/o Shermetta, Adams & Von Allmen, PC
P.O. Box 5016
Rochester, MI 48308

Capital One Bank USA, NA
c/o Raush, Sturm, Israel, Enerson & Hornik
250 N. Sunnyslope Rd.
Suite 300
Brookfield, WI 53005

CCB Credit Services
PO Box 272
Springfield, IL 62705-0272

Chrysler Financial/TD Auto Finance
Attn: Bankruptcy Dept
Po Box 551080
Jacksonville, FL 32255

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Crd Prt Asso
Attn Bankruptcy
Po Box 802068
Dallas, TX 75380

Creditone, LLC
Dept. 851
P.O. Box 4115
Concord, CA 94524

Desine, Inc.
2183 Pless Drive
Brighton, MI 48114

Enhanced Recovery Corp
Attention: Client Servic
8014 Bayberry Rd
Jacksonville, FL 32256

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

Franklin Credit Mngmnt
101 Hudson St. 25th Floor
Jersey City, NJ 07302

G M A C
5400 Gateway Ctr
Flint, MI 48507

GMAC
3451 Hammond Ave
Waterloo, IA 50702

Grace Mortgage
Po Box 4622
Waterloo, IA 50704

Guaranty Bank
Attn: Bankruptcy
4000 West Brown Deer Rd
Milwaukee, WI 53209

| | | |
|---|---|---|
| Henry Ford Health Products<br>21651 Melrose Avenue<br>Southfield, MI 48075-7906 | NICOLE WALKER<br>1219 BERKSHIRE DRIVE<br>Williamston, MI 48895 | Security Credit Servic<br>Po Box 1156<br>Oxford, MS 38655 |
| Henry Ford Health System<br>Administrative Services Bldg<br>PO Box 339<br>Troy, MI 48099-0339 | Northland Group<br>PO Boc 390846<br>Edina, MN 55439 | St. John's Hospital & MeC<br>P.O. Box 773179<br>Chicago, IL 60677 |
| HSBC Nv/GM Card<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | Northland Group<br>7831 Glenroy Ave., Ste. 350<br>Minneapolis, MN 55439-3133 | State Of Mi Office Chi<br>Po Box 30037<br>Lansing, MI 48909 |
| Huntington Bank<br>41 South High Street<br>Huntington Center<br>Columbus, OH 43287 | Paul D. Decocq, Esq.<br>Attorney at Law<br>408 W. Grand River Ave.<br>Howell, MI 48843 | The State Bank<br>1 Fenton Sq<br>Fenton, MI 48430 |
| L J Ross Associates In<br>4 Universal Way<br>Jackson, MI 49202 | PEA Engineering Associates, Inc<br>2430 Rochester Ct.<br>#100<br>Troy, MI 48083 | The State Bank / FenturaM<br>101 N. Leroy St.<br>Fenton, MI 48430 |
| Main Street Crossing<br>29250 W. Nine Mile Rd.<br>Farmington, MI 48336 | PNC Bank<br>6750 Miller Road<br>Brecksville, OH 44141 | Waugs Electrical Service<br>22001 Colgate St.<br>Farmington, MI 48336 |
| Meisner Law Group, P.C.<br>30200 Telegraph Rd.<br>Suite 467<br>Bingham Farms, MI 48025-4506 | Pnc Mortgage<br>1801 E 9th St Ste 200<br>Cleveland, OH 44114 | Wells Fargo Card Service<br>P.O. Box 30086<br>Los Angeles, CA 90030-00 |
| Milford Excavating<br>2490 Lone Tree Rd.<br>Milford, MI 48380 | Pnc Mortgage<br>3232 Nemark Dr<br>Miamisburg, OH 45342 | |
| Money Recovery Nationw<br>Po Box 13129<br>Lansing, MI 48901 | Residential Credit Slt<br>4282 North Fwy<br>Fort Worth, TX 76137 | |
| Mr. Sponge Waterproofing, Inc<br>42705 Grand River Avenue<br>Suite 201, PMB 113<br>Novi, MI 48375 | Sears/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Kris Joseph Ponikiewski     **Case No.:** 15-46182

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

- [ ] **Amendment to Petition:**
    - [ ] Name [ ] Debtor(s) Mailing Address [ ] Alias
    - [ ] Signature [ ] Complying with Order Directing the Filing of Official Form(s)
- [ ] **Summary of Schedules**
- [ ] **Statement of Financial Affairs**
- [x] **Schedules and List of Creditors:**
    - [ ] Schedule A
    - [ ] Schedule B
    - [ ] Schedule C
    - [x] List of Creditors [ ] Schedule D [ ] Schedule E [x] Schedule F, and
        - [x] Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
        - [ ] Change address of a creditor already on the List of Creditors - **No Fee Required**
    - [ ] Schedule G
    - [ ] Schedule H
    - [ ] Schedule I
    - [ ] Schedule J

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| **DECLARATION OF ATTORNEY**: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. | |
| **Date** June 1, 2015 | **Signature** /s/ Jared L. Haddock |
| **AFFIRMATION OF DEBTOR(S)**: I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| **Date** June 1, 2015 | **Signature** /s/ Kris Joseph Ponikiewski |

1

# CORRECTIONS TO THE LIST OF CREDITORS

Use this section of the form to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:          PLEASE CHANGE TO:

PREVIOUS NAME/ADDRESS OF CREDITOR:          PLEASE CHANGE TO:

# ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

| NAME OF CREDITOR: | 1st National Bank |
|---|---|
| ADDRESS: | 101 E. Grand River Avenue |
| | Howell, MI 48843 |

| NAME OF CREDITOR: | Advanced Tree Care Service, Inc. |
|---|---|
| ADDRESS: | 3103 W. Thompson Road, #165 |
| | Fenton, MI 48430 |

| NAME OF CREDITOR: | Al Bordeau Insurance Agency |
|---|---|
| ADDRESS: | 3835 Davison Rd. |
| | Flint, MI 48509-0419 |

| NAME OF CREDITOR: | Amcol Systems |
|---|---|
| ADDRESS: | 111 Lancewood Rd. |
| | Columbia, SC 29210 |

| NAME OF CREDITOR: | Applegate Heating & Insulation |
|---|---|
| ADDRESS: | 4750 Okemos Rd., #106 |
| | Okemos, MI 48864-1637 |

| NAME OF CREDITOR: | Architectural Images |
|---|---|
| ADDRESS: | 918 West Eleven Mile Road |
| | Madison Heights, MI 48071 |

2

| | |
|---|---|
| **NAME OF CREDITOR:** | **Asset Acceptance** |
| **ADDRESS:** | **Po Box 2036** |
| | **Warren, MI 48093** |
| **NAME OF CREDITOR:** | **Asset Acceptance** |
| **ADDRESS:** | **c/o Fulton, Friedman & Gullace, LLP** |
| | **P.O. Box 2123** |
| | **Warren, MI 48090-2123** |
| **NAME OF CREDITOR:** | **BBJ Mortgage Services / Watson Group** |
| **ADDRESS:** | **6501 Highland Rd.** |
| | **Waterford, MI 48327** |
| **NAME OF CREDITOR:** | **Capital One Bank** |
| **ADDRESS:** | **c/o Shermetta, Adams & Von Allmen, P.C.** |
| | **P.O. Box 5016** |
| | **Rochester, MI 48308** |
| **NAME OF CREDITOR:** | **Capital One Bank USA, NA** |
| **ADDRESS:** | **c/o Raush, Sturm, Israel, Enerson, Horni** |
| | **250 N. Sunnyslope Rd. Suite 300** |
| | **Brookfield, WI 53005** |
| **NAME OF CREDITOR:** | **CCB Credit Services** |
| **ADDRESS:** | **PO Box 272** |
| | **Springfield, IL 62705-0272** |
| **NAME OF CREDITOR:** | **Creditone, LLC** |
| **ADDRESS:** | **Dept. 851** |
| | **P.O. Box 4115** |
| | **Concord, CA 94524** |
| **NAME OF CREDITOR:** | **Desine, Inc.** |
| **ADDRESS:** | **2183 Pless Drive** |
| | **Brighton, MI 48114** |
| **NAME OF CREDITOR:** | **Fifth Third Bank** |
| **ADDRESS:** | **38 Fountain Square Plaza** |
| | **Cincinnati, OH 45263** |
| **NAME OF CREDITOR:** | **GMAC** |
| **ADDRESS:** | **3451 Hammond Ave** |
| | **Waterloo, IA 50702** |

3

| | |
|---|---|
| **NAME OF CREDITOR:** | **GMAC Mortgage** |
| **ADDRESS:** | **PO Box 4622** |
| | **Waterloo, IA 50704** |
| **NAME OF CREDITOR:** | **Henry Ford Health Products** |
| **ADDRESS:** | **21651 Melrose Avenue** |
| | **Southfield, MI 48075-7906** |
| **NAME OF CREDITOR:** | **Henry Ford Health System** |
| **ADDRESS:** | **Administrative Services Bldg** |
| | **PO Box 339** |
| | **Troy, MI 48099-0339** |
| **NAME OF CREDITOR:** | **Huntington Bank** |
| **ADDRESS:** | **41 South High Street** |
| | **Columbus, OH 43287** |
| **NAME OF CREDITOR:** | **Main Street Crossing** |
| **ADDRESS:** | **29250 W. Nine Mile Rd.** |
| | **Farmington, MI 48336** |
| **NAME OF CREDITOR:** | **Meisner Law Group, P.C.** |
| **ADDRESS:** | **30200 Telegraph Rd., Suite 467** |
| | **Bingham Farms, MI 48025-4506** |
| **NAME OF CREDITOR:** | **Milford Excavating** |
| **ADDRESS:** | **2490 Lone Tree Rd.** |
| | **Milford, MI 48380** |
| **NAME OF CREDITOR:** | **Mr. Sponge Waterproofing, Inc.** |
| **ADDRESS:** | **42705 Grand River Avenue** |
| | **Suite 201, PMB 113** |
| | **Novi, MI 48375** |
| **NAME OF CREDITOR:** | **Northland Group** |
| **ADDRESS:** | **PO Box 390846** |
| | **Edina, MN 55439** |
| **NAME OF CREDITOR:** | **Northland Group** |
| **ADDRESS:** | **7831 Glenroy Ave., Ste. 350** |
| | **Minneapolis, MN 55439-3133** |
| **NAME OF CREDITOR:** | **Paul D. Decocq, Esq.** |
| **ADDRESS:** | **408 W. Grand River Ave.** |
| | **Howell, MI 48843** |

4

| NAME OF CREDITOR: | PEA Engineering Associates, Inc. |
|---|---|
| ADDRESS: | 2430 Rochester Ct., #100 |
| | Troy, MI 48083 |
| NAME OF CREDITOR: | PNC Bank |
| ADDRESS: | 6750 Miller Road |
| | Brecksville, OH 44141 |
| NAME OF CREDITOR: | St. John's Hospital & Medical Center |
| ADDRESS: | P.O. Box 773179 |
| | Chicago, IL 60677 |
| NAME OF CREDITOR: | The State Bank / Fentura Mortgage |
| ADDRESS: | 101 N. Leroy St. |
| | Fenton, MI 48430 |
| NAME OF CREDITOR: | Waugs Electrical Service |
| ADDRESS: | 22001 Colgate St. |
| | Farmington, MI 48336 |
| NAME OF CREDITOR: | Wells Fargo Card Services |
| ADDRESS: | P.O. Box 30086 |
| | Los Angeles, CA 90030-0086 |

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

5

## COVER SHEET FOR AMENDMENTS GUIDELINES

Use the Cover Sheet for Amendments **ONLY** when filing the items listed on Page 1, including amendments made in response to information provided to you on the BNC Undeliverable Notice.

Include the word "Amended" in the title of each amended document. **Please Note: An amended document must be filed in its entirety and accompanied by the Cover Sheet for Amendments.**

**Service of Amendment:** LBR 1009-1(b) The debtor shall serve a copy of the amendment and the "Cover Sheet for Amendments" on all entities affected by the amendment and file a certificate of service. **The Clerk's Office will not send notice of the amendment.**

Do not add or upload creditors that already have been included on the original List of Creditors. **The Clerk's Office will not delete creditors.**

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court". **NOTE: No personal checks will be accepted from debtors.**

*Please contact our Help Desk with any questions regarding amendments or fees:*
*Bay City: (989) 894-8840  Detroit: (313) 234-0065    Flint: (810) 235-4126*

6

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Kris Joseph Ponikiewski**                        Case No.    **15-46182**

                                   Debtor(s)                 Chapter    **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing document(s), consisting of __ **13** __ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 1, 2015**                        Signature    **/s/ Kris Joseph Ponikiewski**

                                                  **Kris Joseph Ponikiewski**
                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X  _____
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy